

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00549-CV

Manuel Reyes **PEREZ ALVAREZ** and RHM Transport Group De RL MI,
Appellants

v.

Antonio **VILLARREAL**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2022CVA001356D4
Honorable Oscar J. Hale, Jr., Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: January 29, 2025

DISMISSED

On January 17, 2025, appellants filed a motion to voluntarily dismiss this appeal. Appellants' motion represents that the parties have reached an agreement to settle their dispute. The motion contains a certificate of service to appellee, who has not opposed the motion.

We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not indicate that the parties agreed otherwise, costs of appeal are taxed against appellants. *See id.* R. 42.1(d).

PER CURIAM